UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| STEVEN ALLEN GLENN,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>INDIANA DEPARTMENT OF<br>　CORRECTION, et al.,<br><br>　　　　　　Defendants. | 1:05-cv-1679-SEB-VSS |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed pursuant to 28 U.S.C. § 1915A(b).**

Date: 08/03/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Steven Allen Glenn
DOC #884100
Liberty Hall Work Release
675 East Washington Street
Indianapolis, IN   46204